**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ALL TRENDZ HEALTHCARE, LLC,**

      **Plaintiff,**

  **v.**
                                        **Civil Action 2:26-cv-35**
                                         **Judge Algenon L. Marbley**
                                       **Magistrate Judge Chelsey M. Vascura**

**WENDY M. BRUNO,**
*d/b/a* **HealthCell, LLC,**

      **Defendant.**

## <u>ORDER</u>

This matter is before the Court on Plaintiff's Citizenship Disclosure Statement (ECF No. 6.) Plaintiff's disclosure statement is deficient because it did not "name—and identify the citizenship of—every individual or entity whose citizenship is attributed" to it as ordered by the Court on February 5, 2026. (ECF No. 2.) Accordingly, Plaintiff is **ORDERED** to supplement its citizenship disclosure, **WITHIN SEVEN DAYS** of the date of this Order, by

(1) identifying each of its members, including whether the member is a natural person, a corporation, a limited liability company, or partnership. If any members are themselves limited liability companies or partnerships, Plaintiff must identify each of those entities' members or partners as well so that Plaintiff's citizenship may be "traced through however many layers of partners or members there may be." *Kam Dev., LLC v. Marco's Franchising, LLC*, Case No. 3:20-cv-2024, 2023 WL 4460669, at *2 (N.D Ohio June 1, 2023) (quoting *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002)); and

(2) providing sufficient factual allegations about each member and sub-member for the Court to determine Plaintiff's citizenship according to the citizenship standards for natural persons, corporations, limited liability companies, and partnerships laid out in the February 5, 2026 Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE